UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America, | Criminal Case No.: 84-20380 |
| | Honorable Bernard A. Friedman |
| Plaintiff, | |
| vs. | |
| D-1 Zacria Youssef Chahine, | |
| Defendant. | |

### Motion to dismiss indictment

The United States of America moves this Court for leave to dismiss the Indictment (and arrest warrant) against Zacria Youssef Chahine in the above-entitled case because the ends of justice would best be served by this dismissal.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*/s/Margaret Smith*
Margaret Smith (P71413)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Margaret.Smith@usdoj.gov
(313) 226-9135

*/s/With Consent of Dawn N. Ison*
Dawn N. Ison
United States Attorney

Dated: May 3, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2022, in addition to filing this motion with the United States District Court, Eastern District of Michigan, the foregoing document was served to the Defendant's attorney of record via the ECF electronic notification system.

/s/Margaret Smith
Margaret Smith (P71413)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Margaret.Smith@usdoj.gov
(313) 226-9135